**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLENDA WERTZ,<br><br>　　　　　Plaintiff,<br>　　vs.<br>TARGET CORPORATION, MERCED TARGET<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV F 08-0078 LJO GSA<br>(New case no. CV F 08-0078 GSA)<br>**SCHEDULING CONFERENCE ORDER**<br><br>Expert Disclosure:　　　July 31, 2008<br><br>Non-Expert Discovery Cutoff:　August 15, 2008<br><br>Expert Discovery Cutoff:　September 9, 2008<br><br>Pretrial Motion Filing Deadline:　September 23, 2008<br><br>Pretrial Motion Hearing Deadline:　October 23, 2008<br><br>Settlement Conf.:　None<br><br>Pretrial Conf.:　Date: Nov. 13, 2008<br>　　　　　　　　Time: 8:30 a.m.<br>　　　　　　　　Dept.: 10 (GSA)<br><br>Jury Trial:　　Date: Dec. 15, 2008<br>(5 days est.)　Time: 8:30 a.m.<br>　　　　　　　　Dept.: 10 (GSA) |

This Court conducted an April 8, 2008 scheduling conference. Plaintiff Glenda Wertz appeared by telephone by counsel Brian Morse. Defendant Target Corporation appeared by telephone by counsel Jessica Tomlinson. Pursuant to F.R.Civ.P. 16(b), this Court sets a schedule for this action.

/////

1

**1.      Amendment To The Parties' Pleadings**

The parties propose no amendments to their respective pleadings.

**2.      Consent To Magistrate Judge**

The parties' counsel indicated that they consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge. Accordingly, this Court ORDERS the parties' counsel to obtain a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ("consent form"), which is available from this Court's webpage. The parties are directed to file the consent form no later than April 30, 2008.

**3.      F.R.Civ.P. 26(a)(1) Initial Disclosures**

The parties have completed their respective F.R.Civ.P. 26(a)(1) initial disclosures.

**4.      Expert Witnesses**

Expert witness disclosures by any party shall be served no later than **July 31, 2008.** Such disclosures must be made pursuant to F.R.Civ.P. 26(a)(2)(A) and (B) and shall include all information required thereunder. In addition, F.R.Civ.P. 26(b)(4) and F.R.Civ.P. 26(e) shall specifically apply to all discovery relating to expert witnesses and their opinions. Each expert witness must be fully prepared to be examined on all subjects and opinions included in the designations. Failure to comply with these requirements will result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness. In particular, this Court will enforce preclusion of testimony or other evidence for failure to strictly comply with F.R.Civ.P. 26(e).

**5.      Discovery Cutoffs**

All nonexpert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than **August 15, 2008.** All expert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than **September 9, 2008.**

**6.      Pretrial Motion Schedule**

All pretrial motions, both dispositive and nondispositive (except discovery motions addressed above), shall be served <u>and filed</u> no later than **September 23, 2008.** All pretrial dispositive and nondispositive motions (except discovery motions addressed above) shall be set before the appropriate judge for a hearing to be conducted no later than **October 23, 2008.**

1   At the pretrial conference, the Court will set filing and hearing dates for motions in limine.

2   **7.   Mandatory Settlement Conference**

3   Should the parties desire a settlement conference, the parties should jointly contact the Court and
4   a settlement conference will be arranged.

5   **8.   Pretrial Conference**

6   A pretrial conference is set for **November 13, 2008 at 8:30 a.m.** in Department 10 (GSA) of this
7   Court.  The parties are directed to file a joint pretrial statement which complies with the requirements
8   of this Court's Local Rule 16-281.  In addition, the joint pretrial statement should include a brief factual
9   summary and an agreed upon neutral statement of the case.  An additional copy of the joint pretrial
10  statement, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF and
11  shall be e-mailed in WordPerfect format to gsaorders@caed.uscourts.gov.

12  The parties' attention is directed to this Court's Local Rules 16-281 and 16-282.  This Court will
13  insist upon strict compliance with those rules.

14  At the pretrial conference, the Court will set deadlines, among others, to file motions in limine,
15  final witness and exhibits lists, objections thereto, and other trial documents.

16  **9.   Trial Date**

17  A 5-7 day jury trial is set for **December 15, 2008 at 8:30 a.m.** in Department 10 (GSA) of this
18  Court.

19  /////
20  /////
21  /////
22  /////
23  /////
24  /////
25  /////
26  /////
27  /////
28  /////

**10.    Effect Of This Order**

This order represents the best estimate of the Court and parties as to the agenda most suitable to dispose of this case. If the parties determine at any time that the schedule outlined in this order cannot be met, the parties are ordered to notify the Court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference. Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations with attached exhibits, where appropriate, which establish good cause for granting the relief requested.

Failure to comply with this order shall result in the imposition of sanctions.

**IT IS SO ORDERED.**

**Dated:    April 15, 2008**                         /s/ Lawrence J. O'Neill
                                                            **UNITED STATES DISTRICT JUDGE**