# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLENDA WERTZ, | ) | 1:08-cv-0078 GSA |
| | ) | |
| Plaintiff, | ) | AMENDED SCHEDULING ORDER |
| v. | ) | |
| | ) | New Pretrial Conf.:  Date : Feb. 19, 2009 |
| | ) | Time: 9:30 am |
| | ) | Courtroom: (10) GSA |
| | ) | New Trial :  Date: March 23, 2009 |
| TARGET CORPORATION, MERCED TARGET, | ) | Time: 9:00 |
| | ) | Courtroom: (10) GSA |
| Defendant. | ) | |

On June 25, 2008, the court conducted a scheduling conference to discuss the trial date in this case. Brian Morse appeared via telephone on behalf of Plaintiff Glenda Wertz. Jessica Tomlinson appeared via telephone on behalf of Defendant Target Corporation.

The pretrial conference date previously scheduled for November 13, 2008 at 8:30 am, and the trial date scheduled for December 15, 2008, at 8:30 am, are hereby VACATED. The pretrial conference will be held on February 19, 2009, at 9:30 am in Courtroom 10. The jury trial will begin on March 23, 2009, at 9:00 am in Courtroom 10 and is estimated to last 5 days. The other

deadlines previously set in the scheduling order issued on April 17, 2008 by United States Judge Larry J. O'Neill will remain in effect.

The parties indicated that they will participate in private mediation.  If the parties determine that a settlement conference is warranted, they shall contact the court prior to the next pretrial conference and the court will make arrangements for one of the other Magistrate Judges to hear the settlement conference.  The parties are also advised as follows :

### I.      Pretrial Motions

In scheduling Non-Dispositive and Dispositive Pre-Trial Motions litigation, including any discovery motions, the parties shall comply with **Local Rules 78-230 and 56-260**. All motions are heard on Fridays at 9:30 a.m., before the Honorable Gary S. Austin, United States Magistrate Judge in Courtroom 10.  **Counsel must comply with Local Rule 37-251 with respect to discovery disputes or the motion will be denied without prejudice and dropped from calendar.**

### II.     Pretrial Conference Date

Prior to the pretrial conference, the parties are ordered to file a **Joint Pretrial Statement pursuant to Local Rule 16-281(a)(2).** The parties are further directed to submit a digital copy of their pretrial statement in Word Perfect X3[1] format, directly to Judge Austin's chambers by emailing it to gsaorders@caed.uscourts.gov.

The parties' attention is directed to **Rules 16-281 and 16-282 of the Local Rules** of Practice for the Eastern District of California, as to the obligations of counsel in preparing for the pretrial conference.  The Court will insist upon strict compliance with those rules.

### III.    Trial Issues

The Parties' attention is directed to Local Rules of Practice for the Eastern District of California, Rule 16-285, for preparation of trial briefs.

---

[1] If WordPerfect X3 is not available to the parties then the latest version of WordPerfect or any other word processing program in general use for IBM compatible personal computers is acceptable.

**IV.     Settlement Conference**

In the event that the parties schedule a settlement conference, unless otherwise permitted in advance by the Court, **the attorneys who will try the case** shall appear at the Settlement Conference **with the parties** and the person or persons having **full authority** to negotiate and settle the case **on any terms**[2] at the conference.

CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

At least five (5) court days prior to the Settlement Conference, the parties shall submit via e-mail, a Confidential Settlement Conference Statement to the Magistrate Judge's chambers handling the settlement conference. The statement **should not be filed** with the Clerk of the Court **nor served on any other party**, although the parties may file a Notice of Lodging of Settlement Conference Statement. Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon. The parties are urged to request the return of their statements if settlement is not achieved and if such a request is not made the Court will dispose of the statement.

The Confidential Settlement Conference Statement shall include the following:

    A. A brief statement of the facts of the case.

    B. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

    C. A summary of the proceedings to date.

    D. An estimate of the cost and time to be expended for further discovery, pretrial

---

[2] Insurance carriers, business organizations, and governmental bodies or agencies whose settlement agreements are subject to approval by legislative bodies, executive committees, boards of directors or the like shall be represented by a person or persons who occupy high executive positions in the party organization and who will be directly involved in the process of approval of any settlement offers or agreements. To the extent possible, the representative shall have the authority, if he or she deems it appropriate, to settle the action on terms consistent with the opposing party's most recent demand.

1 and trial.

2       E.  The relief sought.

3       F.  The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

Should the parties desire an additional settlement conference, they will jointly request one of the court, and one will be arranged.  In making such request, the parties are directed to notify the court as to whether or not they desire the undersigned to conduct the settlement conference or to arrange for one before another judicial officer.

In scheduling such motions, the Magistrate Judge may grant applications for an order shortening time pursuant to Local Rule 6-142(d).  However, if a party does not obtain an order shortening time, the notice of motion *must* comply with Local Rule 37-251.

Counsel or pro se parties may appear and argue non-dispositive motions by telephone, providing a written request to so appear is made to the Magistrate Judge's Courtroom Clerk no later than five (5) court days before the noticed hearing date.  In the event that more than one party requests to appear by telephone then it shall be the obligation of the moving part(ies) to arrange and originate a conference call to the court.

### V.   **Compliance with Federal Procedure**

The parties are expected to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of Practice of the Eastern District of California, and to keep abreast of any amendments thereto.  The Court must insist upon compliance with these Rules if it is to efficiently handle its increasing case load and sanctions will be imposed for failure to follow the Rules as provided in both the Federal Rules of Civil Procedure and the Local Rules of Practice for the Eastern District of California.

### VI.   **Effect of this Order**

The foregoing order represents the best estimate of the Court and the parties as to the agenda most suitable to dispose of this case.  If the parties determine at any time that the

1 schedule outlined in this order cannot be met, counsel are ordered to notify the Court
2 immediately of that fact so that adjustments may be made, either by stipulation or by subsequent
3 status conference.
4     Stipulations extending the deadlines contained herein will not be considered unless they
5 are accompanied by affidavits or declarations, and where appropriate attached exhibits, which
6 establish good cause for granting the relief requested.
7     Failure to comply with this order may result in the imposition of sanctions.

10     IT IS SO ORDERED.
11     Dated:   **June 25, 2008**            /s/ **Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE