1  Michael Mordaunt, Esq., Bar No. 66911
   Jessica N. Tomlinson, Esq., Bar No. 232311
2  RIGGIO MORDAUNT & KELLY
   A Professional Law Corporation
3  2509 West March Lane, Suite 200
   Stockton, CA  95207
4  Telephone: (209) 473-8732
   Email: mmordaunt@riggiolaw.com
5

6  Attorneys for Defendant
   TARGET CORPORATION
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 GLENDA WERTZ                        ) Case No. 1:08cv0078 LJO GSA
                                        )
12         Plaintiff(s),                )
                                        )
13 vs.                                  ) **STIPULATION AND ORDER REGARDING**
                                        ) **DISCOVERY CUTOFF AND EXPERT**
14 TARGET CORPORATION; MERCED           ) **DISCLOSURE**
   TARGET                               )
15                                      )
           Defendant(s).                )
16

17         IT IS HEREBY STIPULATED by and between the parties through their counsel of record

18 that the date for disclosure of experts in this matter be continued from July 31, 2008 until

19 November 1, 2008.

20         IT IS FURTHER STIPULATED that the date for non-expert discovery cut-off be continued

21 from August 15, 2008 until November 1, 2008.

22 Dated: July 24, 2008                           RIGGIO MORDAUNT & KELLY

23
                                                 By:      /s/ Michael Mordaunt
24                                                     Michael R. Mordaunt, Esq.
                                                       Attorneys for Defendant
25                                                     TARGET CORPORATION

26 ///

27 ///

28 ///

                                            1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: July 24, 2008 | MORSE, MORSE & MORSE |
| | By:    /s/ Brian Morse |
| | Brian Morse. Esq. |
| | Attorneys for Plaintiff |
| | GLENDA WERTZ |

## ORDER

Having read and considered the above stipulation, it is ordered that the new date for (1) disclosure of expert witnesses, and (2) non-expert discovery cut-off be November 1, 2008.

| | |
|---|---|
| Dated: July 25, 2008 | Gary S. Austin |
| | The Honorable Gary S. Austin |
| | United States Magistrate Judge |

2

PDF created with pdfFactory trial version www.pdffactory.com