| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLENDA WERTZ, | ) | 1:08-cv-0078 GSA |
| | ) | |
| Plaintiff, | ) | ORDER RE DEFENDANT'S REQUEST TO |
| | ) | ADD ADDITIONAL WITNESS |
| v. | ) | |
| | ) | |
| TARGET CORPORATION, MERCED TARGET, | ) | |
| | ) | |
| Defendants. | ) | |

On February 27, 2009, Defendant Target Corporation filed a Request To Add Additional Witness at trial. More particularly, Defendant requests Sarah Stillman, current store team leader at the Merced Target store, be present at trial as Defendant's corporate representative, and that Ms. Stillman be permitted to provide testimony regarding Target's policies and procedures relating to safety and training. On March 2, 2009, Plaintiff Glenda Wertz filed objections to Defendant's request.

//

1

1  Following this Court's consideration of Defendant's request, as well as Plaintiff's
2  objection thereto, IT IS HEREBY ORDERED that:
3    1.    Defendant's request is GRANTED;
4    2.    Defendant Target Corporation must pay any and all costs associated with a
5  deposition of Sarah Stillman, including attorney's fees, in the event Plaintiff Glenda Wertz
6  wishes to depose Ms. Stillman. Moreover, any deposition must be taken on or before March 16,
7  2009. Fed. R. Civ. P. 16(f).

IT IS SO ORDERED.

   Dated:   **March 2, 2009**              /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

2