Brian D. Morse, Esq. #78876
MORSE, MORSE & MORSE
760 West 20th Street
Merced, CA 95340
Telephone: (209) 383-0132

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA WERTZ,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION; MERCED TARGET, et al.,<br><br>    Defendants. | Case No. 1:08-cv-0078 GSA<br><br>**ORDER DISMISSING DOE DEFENDANTS**<br><br>**Trial Date: March 23, 2009**<br>**Time: 9:00 a.m.**<br>**Dept: Courtroom 10 (GSA)** |

    Plaintiff GLENDA WERTZ having filed a Request for Dismissal of the entire action with prejudice as to defendants DOES 1-25 only, and good cause appearing therefor,

    Pursuant to Fed. R. Civ. P. 41(a)(2), THE COURT ORDERS that defendants DOES 1-25 be, and they hereby are, dismissed from this action with prejudice.

IT IS SO ORDERED.

    Dated: **March 9, 2009**                **/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE