Michael R. Mordaunt, Esq., Bar No. 66911
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA 95207
Telephone: (209) 473-8732

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA WERTZ | Case No. 1:08cv0078 LJO GSA |
| Plaintiff(s), | **ORDER OF DISMISSAL** |
| vs. | |
| TARGET CORPORATION; MERCED TARGET | |
| Defendant(s). | |

Pursuant to the stipulation by the parties filed on April 1, 2009, the above action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

April 2, 2009
/s/ Gary S. Austin
Gary S. Austin
United States Magistrate Judge

1

STIPULATION OF DISMISSAL